IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:12cr00070-001 |
| | ) | **Electronic Filing** |
| ZAVIA L. JOHNSON | ) | |

## MEMORANDUM ORDER

AND NOW, this 6th day of December, 2016, upon due consideration of defendant's motion in limine pursuant to Rule 403 and Rule 404(b) and the parties' submissions and arguments in conjunction therewith, IT IS ORDERED that [73] the motion be, and the same hereby is, granted. The proffered chain of inferences falls short of what is needed for admission under United States v. Sampson, 980 F.2d 883, 886 (3d Cir. 1992), and its progeny in that in each instance the evidence is little more than a thinly vailed attempt to show that defendant acted in conformity with his prior bad acts. And when considered in conjunction with the entirety of the evidence the government will be able to introduce regarding the issues of knowledge and intent, the added probative value of the prior convictions beyond the impermissible purpose of acting in conformity therewith, if any, is substantially outweighed by the potential for undue prejudice from the use of such prior convictions.

s/David Stewart Cercone
David Stewart Cercone
United States District Judge

cc: Marshall J. Piccinini, AUSA
Thomas Livingston, AFPD

United States Marshal's Office
United States Probation Office

(*Via CM/ECF Electronic Filing*)